UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21780-JLK

STEEL MEDIA GROUP, LLC,

    Plaintiff,

v.

HAROLD LEWIS and
RICHIE BROWNE,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE is before the Court on the January 6, 2023 Report and Recommendation (DE 16) ("R&R") of Magistrate Judge Melissa Damian. The R&R recommends granting Defendants' Motion to Dismiss (DE 7) in its entirety. R&R at 31. No objections to the R&R have been filed, and the time to do so has passed.

Upon consideration, the Court finds that Magistrate Judge Damian's well-reasoned R&R accurately states the law and facts of the case. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Magistrate Judge Damian's January 6, 2023 Report and Recommendation **(DE 16)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of the Court;

2. Defendants' Motion to Dismiss **(DE 7)** is hereby **GRANTED;**

3. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building, in Miami, Florida this 31st day of January, 2023.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

**cc:**    **All counsel of record**
           **Magistrate Judge Melissa Damian**